Robert Kilby, Esq.
Nevada Bar No. 7402
1755 East Plumb Lane, Suite 107
Reno, NV 89502
(775) 337-6670
(775) 337-6652 (fax)
robert.kilby@sbcglobal.net
Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| STERLING A., a minor, by and through his parents, KEVIN A., and HEATHER A.,<br><br>    Plaintiff,<br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, PAUL DUGAN, KRIS CHRISTIANSEN, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 3:07-cv-00245<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS DEFENDANTS DUGAN AND CHRISTIANSEN<br><br>(FIRST REQUEST) |

    Pursuant to Local Rule 6-1, Local Rule 6-2 and Local Rule 7-1, Robert Kilby, Esq. attorney for Plaintiffs, and Paul J. Anderson, Esq., attorney for Defendants, hereby stipulate and agree that Plaintiffs shall have up to and including September 7, 2007, to respond to Defendants' Motion to Dismiss Defendants Dugan and Christainsen, filed August 1, 2007.

    Good cause exists for entering into this stipulation and entering said Order.  Plaintiff's counsel is very busy at this time and has vacation plans scheduled with out-of-state family during the applicable time frame.  The additional time will allow Plaintiff adequate time to respond. Accordingly, the parties respectfully request this Court allow an extension up to and including September 7, 2007.

This is the first request for an extension and is not for purposes of undue delay.

IT IS SO STIPULATED.

Dated:  August 15, 2007    _____/s/_____
                                                    ROBERT KILBY, Attorney for Plaintiffs


MAUPIN, COX & LEGOY


Dated:  August 15, 2007    _____/s/_____
                                                    PAUL J. ANDERSON, Attorney for Defendants


**ORDER**

IT IS SO ORDERED.

DATED:  August 20, 2007
                                                    _____
                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

2