# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STERLING A., a minor, by and through his parents, KEVIN A., and HEATHER A.,<br><br>　　　Plaintiff,<br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, PAUL DUGAN, KRIS CHRISTIANSEN, and DOES ONE through FIFTY, inclusive,<br><br>　　　Defendants. | Case No. 3:07-cv-00245<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFFS' OPENING BRIEF<br><br>(FIRST REQUEST) |

　　　Pursuant to Local Rule 6-1, Local Rule 6-2 and Local Rule 7-1, Robert Kilby, Esq., attorney for Plaintiffs and Paul J. Anderson, Esq., attorney for Defendant Washoe County School District, hereby stipulate and agree that Plaintiffs shall have up to and including March 24, 2008, to file Plaintiffs' Opening Brief.

///

///

///

///

///

1

Good cause exists for entering into this stipulation and entering said Order. Plaintiff's counsel is very busy at this time with his current caseload and requests additional time to draft the Opening Brief. As such, the parties respectfully request this Court allow an extension up to and including March 24, 2008 in order to file Plaintiffs' Opening Brief. Furthermore, in accordance with the Court's January 24, 2008, Order, Defendant's Opposition will be due thirty (30) days following the filing of Plaintiffs' Opening Brief, on or before April 23, 2008 and Plaintiffs' Reply will be due ten (10) days thereafter, on or before May 3, 2008.

This is the first request for an extension and is not for purposes of undue delay.

IT IS SO STIPULATED.

Dated: March 4, 2008                            _____/s/_____
                                                ROBERT KILBY, Attorney for Plaintiffs


                                                MAUPIN, COX & LEGOY


Dated: March 4, 2008                            _____/s/_____
                                                PAUL J. ANDERSON, Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

Dated: March 6, 2008                            _____
                                                UNITED STATES DISTRICT JUDGE

2