**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STERLING A., a minor, by and through his parents, KEVIN A., and HEATHER A., <br><br> Plaintiff, <br> v. <br><br> WASHOE COUNTY SCHOOL DISTRICT, PAUL DUGAN, KRIS CHRISTIANSEN, and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | Case No. 3:07-cv-00245 <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFFS' OPENING BRIEF <br><br> (SECOND REQUEST) |

Pursuant to Local Rule 6-1, Local Rule 6-2 and Local Rule 7-1, Robert Kilby, Esq., attorney for Plaintiffs and Paul J. Anderson, Esq., attorney for Defendant Washoe County School District, hereby stipulate and agree that Plaintiffs shall have up to and including March 31, 2008, to file Plaintiffs' Opening Brief.

Good cause exists for entering into this stipulation and entering said Order. Following this Court's Order of March 7, 2008, granting Plaintiffs an extension of time up to and including March 24, 2008, to file their Opening Brief, counsel for Plaintiffs was ordered to attend hearings on March 19, 2008 and March 21, 2008, while continuing to manage Plaintiff's counsel current caseload. Plaintiffs' counsel also has a Settlement Conference scheduled on March 24, 2008. Thus, Plaintiffs

1

request additional time in order to conclude drafting and to finalize the Opening Brief.  As such, the parties respectfully request this Court allow an extension up to and including March 31, 2008 in order to file Plaintiffs' Opening Brief.

Furthermore, in accordance with the Court's January 24, 2008, Order, Defendant's Opposition will be due thirty (30) days following the filing of Plaintiffs' Opening Brief, on or before April 30, 2008 and Plaintiffs' Reply will be due ten (10) days thereafter, on or before May 10, 2008.

This is the second request for an extension and is not for purposes of undue delay.

IT IS SO STIPULATED.

Dated:  March 20, 2008                                   _____/s/_____
                                                                              ROBERT KILBY, Attorney for Plaintiffs


MAUPIN, COX & LEGOY


Dated:  March 20, 2008                                   _____/s/_____
                                                                              PAUL J. ANDERSON, Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

Dated:  March 21, 2008                                   _____
                                                                              UNITED STATES DISTRICT JUDGE

2