1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8  STERLING A., a minor, by and through his                    )   Case No. 3:07-cv-00245
9  parents, KEVIN A., and HEATHER A.,                          )
                                                               )
10          Plaintiff,                                         )   STIPULATION AND ORDER TO EXTEND
                                                               )   TIME TO FILE PLAINTIFFS' OPENING
11  v.                                                         )   BRIEF
                                                               )
12  WASHOE COUNTY SCHOOL DISTRICT,                             )   (THIRD REQUEST)
    PAUL DUGAN, KRIS CHRISTIANSEN, and                         )
13  DOES ONE through FIFTY, inclusive,                         )
                                                               )
14          Defendants.                                        )
                                                               )
15                                                             )
                                                               )
16  _____                     )

17
18          Pursuant to Local Rule 6-1, Local Rule 6-2 and Local Rule 7-1, Robert Kilby, Esq., attorney
19  for Plaintiffs and Paul J. Anderson, Esq., attorney for Defendant Washoe County School District,
20  hereby stipulate and agree that Plaintiffs shall have up to and including March 31, 2008, to file
21  Plaintiffs' Opening Brief.
22          Good cause exists for entering into this stipulation and entering said Order.  Plaintiff's
23  counsel's fiance's father passed away out-of-state on Saturday, March 29, 2008.  Thus, Plaintiffs
24  request additional time in order to conclude finalizing the Opening Brief.  As such, the parties
25  respectfully request this Court allow an extension up to and including April 8, 2008 in order to file
26  Plaintiffs' Opening Brief.
27
28

Furthermore, in accordance with the Court's January 24, 2008, Order, Defendant's Opposition will be due thirty (30) days following the filing of Plaintiffs' Opening Brief, on or before May 8, 2008 and Plaintiffs' Reply will be due ten (10) days thereafter, on or before May 18, 2008.

This is the third request for an extension and is not for purposes of undue delay.

IT IS SO STIPULATED.

Dated:   March 31, 2008                                    _____/s/_____
                                                          ROBERT KILBY, Attorney for Plaintiffs


                                                          MAUPIN, COX & LEGOY


Dated:   March 31, 2008                                    _____/s/_____
                                                          PAUL J. ANDERSON, Attorney for Defendant


**ORDER**

IT IS SO ORDERED.


         March 31, 2008                    _____
Dated:
                                           LARRY R. HICKS
                                           UNITED STATES DISTRICT JUDGE