|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STERLING A., a minor, by and through his parents, KEVIN A., and HEATHER A.,

    Plaintiff,

v.

WASHOE COUNTY SCHOOL DISTRICT, PAUL DUGAN, KRIS CHRISTIANSEN, and DOES ONE through FIFTY, inclusive,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:07-cv-00245

STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFFS' REPLY BRIEF

(FIRST REQUEST)

    Pursuant to Local Rule 6-1, Local Rule 6-2 and Local Rule 7-1, Robert Kilby, Esq., attorney for Plaintiffs and Paul J. Anderson, Esq., attorney for Defendant Washoe County School District, hereby stipulate and agree that Plaintiffs shall have up to and including May 22, 2008, to file Plaintiffs' Reply Brief.

    Good cause exists for entering into this stipulation and entering said Order. Plaintiff's counsel is very busy at this time with his current caseload and requests additional time to draft the Reply Brief. As such, the parties respectfully request this Court allow an extension up to and including May 22, 2008 in order to file Plaintiffs' Reply Brief.

///

1

This is the first request for an extension and is not for purposes of undue delay.

IT IS SO STIPULATED.

Dated: May 14, 2008
_____/s/_____
ROBERT KILBY, Attorney for Plaintiffs

MAUPIN, COX & LEGOY

Dated: May 14, 2008
_____/s/_____
PAUL J. ANDERSON, Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: May 19, 2008            _____
UNITED STATES DISTRICT JUDGE

2